642

*Charles B. Rugg, Milton C. Weisman, Archibald Cox,* and *Melvin A. Albert* for petitioners. *Solicitor General Biddle* for respondent.

No. 547. NATIONAL LABOR RELATIONS BOARD *v.* FOOTE BROTHERS GEAR & MACHINE CORP.; and

No. 548. SAME *v.* INDEPENDENT UNION OF GEAR WORKERS. See *ante,* p. 620.

No. 521. PITTSBURGH PLATE GLASS Co. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 523. CRYSTAL CITY GLASS WORKERS' UNION *v.* SAME. December 9, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. J. W. McAfee, Leland Hazard,* and *Joseph T. Owens* for petitioner in No. 521. *Mr. Henry H. Oberschelp* for petitioner in No. 523. *Solicitor General Biddle* and *Mr. Robert B. Watts* for respondent. Reported below: 113 F. 2d 698.

No. 535. UNITED STATES *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co. ET AL. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Biddle* for the United States. *Messrs. F. W. Root, A. C. Erdall, A. N. Whitlock,* and *C. S. Jefferson* for respondents.

No. 549. PUBLIC SERVICE COMMISSION OF MISSOURI ET AL. *v.* BRASHEAR FREIGHT LINES, INC., ET AL. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. James H. Linton, Daniel C. Rogers,* and *Edgar*

*H. Wayman* for petitioners. *Messrs. Kenneth Teasdale* and *Paul G. Koontz* for respondents. ■

No. 584. COMMERCIAL MOLASSES CORPORATION *v.* NEW YORK TANK BARGE CORP., CHARTERED OWNER. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. T. Catesby Jones* and *Leonard J. Matteson* for petitioner. *Mr. Robert S. Erskine* for respondent. ■

No. 550. MOORE *v.* ILLINOIS CENTRAL RAILROAD Co. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Geo. Butler* and *Garner W. Green* for petitioner. *Messrs. James L. Byrd, Clinton H. McKay, E. C. Craig,* and *V. W. Foster* for respondent. ■

No. 558. NYE ET AL. *v.* UNITED STATES ET AL. December 23, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. J. Bayard Clark* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States. ■

No. 587. TOUCEY *v.* NEW YORK LIFE INSURANCE Co. January 6, 1941. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, granted. *Samuel R. Toucey, pro se. Messrs. Samuel W. Sawyer* and *Louis H. Cooke* for respondent. ■